JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DELIA P. VELASCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; and<br>DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:14-cv-08995-AB-FFM<br><br>**[~~PROPOSED~~] JUDGMENT OF<br>DISMISSAL OF ACTION WITH<br>PREJUDICE**<br><br>*[Assigned to the Hon. Andre Birotte, Jr.]* |

1       On January 8, 2015, the Court entered an Order granting the Motion to

2  Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., ("Wells

3  Fargo"), dismissing the Complaint, in its entirety, with prejudice.

4       Accordingly:

5       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

6       1.      The Complaint is dismissed in its entirety, with prejudice;

7       2.      Judgment is entered in favor of defendant WELLS FARGO BANK,

8  N.A.; and;

9       3.      Plaintiff Delia P. Velasco, shall recover nothing in this action from

10 defendant WELLS FARGO BANK, N.A.

11

12

13

14 Dated:  January 27, 2015      _____

15                               HON. ANDRÉ BIROTTE JR.
                                 UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28